IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CIARA BUTLER**                                                                                  **PLAINTIFF**

V.                             CASE NO. 4:18-CV-711-KGB-BD

**Z. LEMONS and
DOC HOLLADAY**                                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Ms. Butler may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Butler may waive the right to appeal questions of fact.

**II.     Discussion:**

Gary Lynn Conley, Sr. filed this lawsuit on behalf of himself and Ciara Butler. (Docket entry #1) In accordance with court policy, the Court Clerk filed the complaint as separate lawsuits for Mr. Conley and Ms. Butler.

On September 27, 2018, the Court ordered Ms. Butler to submit a completed application to proceed *in forma pauperis* ("IFP") or pay the filing fee within 30 days. (#2)

To date, she has not complied with the Court's September 27, 2018 Order. The Court specifically cautioned Ms. Butler that her claims could be dismissed if she failed to address the filing fee issue within the time allowed.

**III.    Conclusion:**

The Court recommends that Ms. Butler's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's September 27, 2018 Order requiring her to address the filing fee requirement.

DATED this 30th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE