# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CIARA BUTLER**                                                                          **PLAINTIFF**

v.                       Case No. 4:18-cv-00711-KGB-BD

**Z. LEMONS and**
**DOC HOLLADAY, Sheriff,**
**Pulaski County**                                                       **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3).

Accordingly, the Court dismisses without prejudice plaintiff Ciara Butler's complaint (Dkt. No. 1) based on her failure to comply with the Court's September 27, 2018, Order requiring Ms. Butler to address the filing fee requirement.

So ordered this 1st day of February, 2019.

                                                                         Kristine G. Baker
                                                                         United States District Judge